

# COURT OF APPEALS

CATHERINE STONE
  CHIEF JUSTICE
KAREN ANGELINI
SANDEE BRYAN MARION
PHYLIS J. SPEEDLIN
REBECCA SIMMONS
STEVEN C. HILBIG
MARIALYN BARNARD
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.4THCOA.COURTS.STATE.TX.US

KEITH E. HOTTLE,
CLERK

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

January 15, 2010

Jon Hughes
TDCJ-ID# 1536817
Coffield Unit
2261 FM 2054
Tenneessee Colony, TX 75884

M. Patrick Maguire
M. Patrick Maguire, P.C.
327 Earl Garrett Street, Suite 103
Kerrville, TX 78028

E. Bruce Curry
District Attorney - 216th Judicial
District Court
521 Earl Garrett Street
Kerrville, TX 78028

RE:     Court of Appeals Number:     04-08-00864-CR
        Trial Court Case Number:     A-08--85

Style:  Jon William Hughes
        v.
        The State of Texas

The Pro Se's Petition for Discretionary Review has this date been received and filed in the above styled and numbered cause. Pursuant to Rule 68.7 (b) of the Texas Rules of Appellate Procedure the opposing party has 30 days to file a reply to the petition with the clerk.

Very truly yours,

KEITH E. HOTTLE, CLERK

_____

John Davila
Deputy Clerk, Ext 3220